UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MARIA ANGELA PEREZ FUENTES,

    Plaintiff,

v.

CASE NO. 18-CV-22600-KMW

EDUARDO GRUENE and
LIZ GRUENE,

    Defendant.

_____

**AGREED MOTION FOR EXTENSION OF TIME TO
RESPOND TO PLAINTIFF'S COMPLAINT**

    Defendants EDUARDO GRUENE and LIZ GRUENE ("Defendants"), by and through undersigned counsel, hereby file their Motion for Extension of Time to Respond to Plaintiff's Complaint, and as grounds therefore state:

    1.    Plaintiff filed the operative Complaint in this matter on June 28, 2018, seeking wages under the Fair Labor Standards Act.

    2.    Defendant was served with Plaintiff's Complaint on July 3, 2018, making a response to the Complaint due on or before July 24, 2018.

    3.    Defendant requests an extension of time, up to and including August 3, 2018, to file their response to Plaintiff's Complaint. The reason for the request is that the parties are engaged in settlement discussions with Plaintiff's counsel to resolve this matter.

    4.    Plaintiff will not be prejudiced by the Court's granting of the instant motion.

    5.    This request is not sought for purposes of delay, but rather to avoid unnecessary fees and costs in the event that the matter can be settled at an early stage of the litigation.

6. Undersigned counsel discussed the relief requested in this motion with Plaintiff's counsel, who agreed to the requested extension of time.

WHEREFORE, Defendants respectfully request that this Honorable Court grant the instant motion and extend the time for Defendants to respond to Plaintiff's Complaint from July 24, 2018 to, and including, August 3, 2018.

Respectfully submitted,

/s/ Elizabeth P. Johnson
Elizabeth P. Johnson
Fla. Bar No. 920990
Email: ejohnson@fowler-white.com

Lindsay M. Massillon
Fla. Bar No. 92098
Email: lmassillon@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 789-9200
Facsimile: (305) 789-9201

*Attorneys for Defendants*

CASE NO. 0:18-cv-22600-KMW

- 3 -

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 19, 2018, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                s/ Elizabeth P. Johnson
                                                Elizabeth P. Johnson

CASE NO. 0:18-cv-22600-KMW

- 4 -

## SERVICE LIST

Rivkah F. Jaff, Esq.
J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71st Street, Suite 605
Miami Beach, FL 33141
Tel: (305) 865-6766
Fax (305) 865-7167
zabogado@aol.com
rivkah.jaff@gmail.com

*Attorneys for Plaintiff*