UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
[CONSENT CASE]

MARIA ANGELA PEREZ FUENTES,

    Plaintiff,

v.                                                 CASE NO. 18-CV-22600-EGT

EDUARDO GRUENE and
LIZ GRUENE,

    Defendant.
_____

## DEFENDANTS' REQUEST FOR CLARIFICATION

Defendants EDUARDO GRUENER and LIZ GRUENER ("Defendants"), by and through undersigned counsel, hereby request clarification on the Order issued by District Court Judge Kathleen Williams [D.E. 10] and state the following:

1.    Plaintiff filed the operative Complaint in this matter on June 28, 2018, seeking wages under the Fair Labor Standards Act.

2.    The District Court Judge, Kathleen M. Williams, issued a Notice of Court Practice in FLSA Cases on July 16, 2018. D.E. 10 ("Order").

3.    In the Order, the Court directed Plaintiff to file a statement of claim on or before July 27, 2018, which would state the number of hours Plaintiff alleges she worked, the wages she alleges she is owed, the calculation of those wages, and attorneys' fees incurred to date. The Order also instructed Plaintiff to serve Defendants with any supporting documentation she may have.

4.    On July 19, 2018, the parties consented to Magistrate Judge Torres to conduct all further proceedings, including trial and entry of final judgment in this matter. [D.E. 11].

5. As of the date of this filing, Plaintiff has not filed her Statement of Claim. The undersigned contacted Plaintiff's counsel, Rivkah Jaff, Esq., who advised that once the parties consented to the Magistrate Judge, the Order issued by Judge Williams was no longer in effect. The Defendants disagree.

6. However, even if the Order is no longer effective, the Defendants believe it would be in the interest of judicial economy for Plaintiff to file a statement of claim in this case in order for the Defendants to evaluate the amount of the claim and the parties to fully assess the likelihood of settlement. Reviewing the statement of claim and any supporting documents would also avoid the fees incurred by propounding discovery to obtain the same information.

7. In their Motion for Enlargement of Time to Respond to the Complaint, Defendants advised the Court that they were trying to resolve this matter without incurring unnecessary attorneys' fees and costs. Granting this motion will facilitate that effort.

WHEREFORE, Defendants respectfully request that this Honorable Court clarify whether Judge Williams' Order, D.E. 10, is still in effect and/or issue a separate order requiring Plaintiff to file a statement of claim in accordance with the directives contained in D.E. 10.

      Respectfully submitted,

      /s/ Elizabeth P. Johnson
      Elizabeth P. Johnson
      Fla. Bar No. 920990
      Email: ejohnson@fowler-white.com

      Lindsay M. Massillon
      Fla. Bar No. 92098
      Email: lmassillon@fowler-white.com

      FOWLER WHITE BURNETT, P.A.
      Brickell Arch, Fourteenth Floor
      1395 Brickell Avenue
      Miami, Florida 33131
      Telephone: (305) 789-9200
      Facsimile: (305) 789-9201

      *Attorneys for Defendants*

CASE NO. 18-CV-22600-EGT

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2018, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Elizabeth P. Johnson
Elizabeth P. Johnson

CASE NO. 18-CV-22600-EGT

- 5 -

## SERVICE LIST

Rivkah F. Jaff, Esq.
J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71st Street, Suite 605
Miami Beach, FL 33141
Tel: (305) 865-6766
Fax (305) 865-7167
zabogado@aol.com
ntobak.zidellpa@gmail.com
rivkah.jaff@gmail.com

*Attorneys for Plaintiff*